UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOSE ANTONIO MARTINEZ-MARINO,

       Petitioner,

v.                                     Case No. 3:25-cv-854-MMH-MCR

SHERIFF OF BAKER COUNTY
SHERIFF'S OFFICE, et al.,

       Respondents.
_____

## ORDER TO SHOW CAUSE

The Court previously directed Petitioner to pay the filing fee or file a request to proceed as a pauper by September 5, 2025. *See* Order (Doc. 2). As of the date of this Order, Petitioner has not paid the filing fee, filed an application to proceed *in forma pauperis*, or requested additional time to respond.

Accordingly, it is

**ORDERED:**

1. By **October 20, 2025**, Petitioner shall **SHOW CAUSE** why this case should not be dismissed for his failure to comply with the Court's Order (Doc. 2) as well as lack of prosecution.

2. Also, by **October 20, 2025**, Petitioner shall file a fully completed application to proceed *in forma pauperis* or pay the $5.00 filing fee.

3. **Petitioner's failure to show satisfactory cause by the designated deadline may result in the dismissal of this action without further notice for failure to prosecute.** *See* Rule 3.10, Local Rules, United States District Court for the Middle District of Florida.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of September, 2025.

                                                     MONTE C. RICHARDSON
                                                     UNITED STATES MAGISTRATE JUDGE

caw 9/19
c:
Jose Antonio Martinez-Marino, #A098983708